UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James Allen Martin, | Civ. No. 11-465 (DSD/JJK) |
| Plaintiff, | |
| v. | |
| Dennis Benson, CEO of the Minnesota Sex Offender Program, | **ORDER** |
| Defendant. | |

---

James Allen Martin, Minnesota Sex Offender Program, 1111 Hwy. 73, Moose Lake, MN 55767, *pro se*.

Ricardo Figueroa, Esq., Minnesota Attorney General's Office, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 3, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 7), is **GRANTED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 26, 2011

s/David S. Doty
DAVID S. DOTY
United States District Judge